# EXHIBIT A

February, 05, 2016

The Honorable William Alsup
United States District Court Judge
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102
U.S.A.

    Re:    United States v. Alex Yeh
             Case No. CR-10-0231 (WHA)

Dear Judge Alsup:

    I am Alex Yeh, was indicted for my participation in CDT conspiracy, I understand what I did was illegal and come to US to pled guilty last year.

I was born in a poor family that my parents worked very hard as a pork street vender at traditional market to grew up me and my two young brothers and an young sister. I am graduated from Taipei Industry Technology Institute that was a good school in vocational school but the level is lower than General University. Because of poor family economics the tuition was paid by student loan and my part time jobs.

My family, including my parents and my wife and three children, Whole family economics is rely on my salary. My eldest daughter was major in Accounting and graduated in 2015 summer and she is still looking for job till now, it is not easy to have job opportunity recently in Taiwan, but I believe she will make it. My young daughter is third year of college at Taichung city around 150km from my home, she is major in Sports Journalism and she is very happy in her study. My son is 9th grade and will step in Senior High school in September that he have attend entrance examination in this summer that is his first challenge. I believe he will make his target school.

I worked at Chunghwa from 1992 to 2005, because of earnest in the job i got recognition by my bosses Tony Cheng who was former Assistant Vice President & CC Liu who was former Vice President, and then I was assigned to join the Glass meeting( CDT conspiracy) from 2002. Before 2002 I had ever attended the Glass meeting occasionally from 1999. In that period I am not the contact window of Chunghwa for Glass meeting but I attended the meeting accompany with other Chunghwa colleagues occasionally as a supporter for market information providing because I am in charge of parts of CDT Sales in that period. From 2002 to 2005 I really played as a major contact window of Chunghwa for Glass meeting, and the topics we discussed in the meeting included price fix, market share allocation and production control. At that period I did not have any idea about antitrust law, but I fully understand that is illegal and I know I have to pay for my mistake now.

I am very sorry for my criminal act and come to US to plead guilty so late. Please let me explain my situation for your kindly understand.

In the beginning, I was shocked when I was indicted in 2010, because my employer Chunghwa and my big boss CC Liu who was Vice President and always leaded us to participate the Glass meeting were amnesty from this case, I thought I should be got amnesty also, the indictment is not fair to me. After thinking and thinking, gradually I understand that no matter it is fair or not, what I ever did is illegal and I should face it and pay something for what I did. But the problem is that I had big financial burden of my family in that period, all my family living cost is rely on my salary only. I am different with other Taiwan people who plead guilty, they have financial support from their company but I have absolutely no support neither from Chunghwa or AUO. If I start to process the guilty plea, I have to quit the job at AUO first, and pay the attorney fee and criminal fine by myself and then go to serve sentence that I will have no income for 2 years at least. My family can't maintain without income for so long time. Last year, my elder daughter graduated from college and I save some money in these years, so I come to US to plead guilty. This is the reason why I come to plead guilty so late and I still so sorry for the delay.

These years I learned a lot from this antitrust case that are not only damage the benefit of end customers and also harmful to worldwide economics, and not only enterprise but also individuals will be punished as a criminal offense. And I always share my story with my friends and colleagues and ask them must be very careful to avoid such kind illegal thing, the best way is without any contact with competitors and absolutely do not talking about any business if you are not able to avoid meeting them.

Because the sentence date is getting close, my families have worries and misgivings about my sentence, even the Chinese Lunar New Year is coming we can't fell the happiness as usual.

Honorable Judge Alsup, please believe that I am a decent and honest person and I am very regret for my illegal act which is my biggest mistake in my life due to my ignorant, please take consideration the amnesty that Chunghwa and CC Liu got and my family situation, please have a lenient sentence to me, I will do more contribution to my family and I will work more earnest at my job to have more contribution to this society.

Sincerely,

Alex Yeh
Chun Cheng Yeh

*Alex Yeh*
*Chun Cheng Yeh*