# EXHIBIT B

wife

February 4, 2016

The Honorable William Alsup
United States District Court Judge
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102
U.S.A.

Re:   <u>United States v. Alex Yeh</u>
      Case No. CR-10-0231 (WHA)

Dear Judge Alsup:

　　我是張竹玲, Alex 的太太, 我們結婚 24 年了。我們有 3 個小孩, 家庭和樂, 幸福。我年輕的時候從沒想過自己的未來可以過得這麼幸福, 是 Alex 的出現, 帶給我這麼幸福快樂的生活, 我真的很幸運, 有 Alex 這麼的愛我, 我也好愛, 好愛他。.

Alex, 我的丈夫, 是個很善良, 很有愛心的人, 除了對家族裡經濟狀況不好的親戚, 譬如他的姑姑, 常常提供一些援助外; 10 多年來, 我們持續定期捐款給一些基金會, 去幫助一些社會上的弱勢族群, 或是幫忙偏遠地區的學生; 另外, Alex 也是一位定期捐血者, 他的捐血紀錄超過 20 年。

Alex, 我的丈夫, 是個很愛家庭的人, 他對父母很孝順, 他說, 父母年輕的時候生活得很窮很辛苦, 現在我們有能力, 就應該盡量讓他們過得好一些, 我們每周都會有兩天的時間去陪他們吃飯聊天; 他對孩子也是疼愛有加, 我們很重視對孩子的教育, 除了學業上, 我們更在乎她們的生活態度, 誠實, 善良, 負責任, 有愛心, 是基本的要求, 到目前為止, 我們孩子的表現一直讓我感到放心和驕傲。另外, 對 Alex 的朋友, 同事而言, 他是個積極正面, 熱心助人的好部屬, 好主管, 更是大家的好朋友, 他發生這件事, 得到很多人的關心與幫忙, 大家都希望他能早一點從這件事情中脫離出來。

過去幾年, 我們曾討論多次關於認罪協商的事情, 但是我一直不同意, 除了捨不得之外, 我一直認為他應該得到更公平的對待, 請包容我以及允許我說出我心裡的感受: Alex 是個很傳統的人, 他對公司對老闆很忠誠, 他總是對公司及老闆交辦的工作, 全力以赴, 這是台灣社會的文化及工作倫理, 在他參與這個違法事件時, 他並沒有這方面的法律常識, 他只是盡他所能完成公司及老闆交付的任務。但是就我所知, 教他去參與這個事件的公司 Chunghwa 以及帶著他一起去開 CDT 會議的 CC Liu 副總經理, 都獲得美國政府的赦免, 甚至參與此事件的國際知名公司 Samsung 的高階主管都獲得免起訴; 請原諒我這麼說, 這對 Alex 真的是太不公平了。

去年, 他決定進行認罪協商, 他說: 不管公平與否, 他的確是做了一件不合法的事, 為了對自己負責, 也給孩子做個榜樣, 他應該還是要去面對。雖然我依然認為不公平, 更是捨不得, 但是對於他的最終決定, 我只能支持他。這件事是我們結婚 24 年來, 最大的挑戰, 我們跟他的弟弟妹妹商量, 讓他們了解也尋求她們的幫忙, 最重要的是幫忙照顧她們

`

的父母，並且不能讓父母知道他是要去美國坐牢，他的父母健康狀況不佳，無法承擔這個
事實；而我和孩子們在未來仍會在每個周末去陪他們吃飯聊天，但是我無法想像，在我和
孩子們擔心 Alex 的同時，卻要在他父母面前表現得很快樂的樣子，那對我及孩子們會是
多麼大的煎熬啊！尊敬的法官先生您能體會嗎？

我們的大女兒去年畢業了，她很努力的在找工作，也持續的在學習，Alex 經常的給她一些
建議及輔導；小女兒是大學三年級，也開始要面對就業的問題；最小的兒子是 9 年級，
今年夏天要參加高中入學，這是他人生第一個挑戰，他跟 Alex 互動很好，彼此經常分享
籃球,汽車以及學校的事；我們的孩子正在經歷她們人生重要的時刻，她們都渴望有父親
的陪伴與指導。

在我心中，美國是個全球大國，是全世界的典範國家，台灣社會更是崇拜美國的自由民
主，美國是最主張人權的國家，我和孩子們相信美國司法一定是客觀而且公正的。

我深愛我的丈夫，我代表我的孩子們以及他年邁的雙親，懇請法官參考政府對 Chunghwa
和 CC Liu 副總經理的特赦，還有對 Samsung 高階主管的免起訴，以及最重要的是 Alex 是
真誠的悔過且勇於面對，懇求您對 Alex,我的丈夫給予最輕的判決，讓他在他父母以及孩
子們的人生重要時刻，不要缺席。

謹 致上 最誠摯的感謝

Sincerely,

張竹玲
Chu Ling, Chang

Wife

February 4, 2016

The Honorable William Alsup
United States District Court Judge
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102
U.S.A.

RE:  United States v. Alex Yeh
     Case No. CR-10-0231 (WHA)

Dear Judge Alsup:

My name is Zhu-Ling Zhang. I am Alex's wife and we have been married for 24 years. We have 3 children and a very happy and loving family. When I was younger, I never imagined that I would live such a happy life in the future. Alex's appearance has given me this wonderful and happy life, and I am so lucky. Alex loves me so much and I also love him with all of my heart.

Alex, my husband, is a kind and loving person. In addition to frequently helping out family members in bad financial situations such as his aunt, we have also made regular contributions throughout the last decade to help the disadvantaged groups in the society or assist the students in remote areas. Furthermore, Alex is also a regular blood donor and has a blood donation record of over 20 years.

Alex, my husband, loves his family very much and he is very pious to his parents. Alex used to say that the family was very poor and had to work very hard when he was younger, so we should help them to live better lives now that we can provide it for them. We would dine and chat with Alex's parents twice a week. He also loves his children very much and emphasizes on the children's education. In addition to school works, we have also focused on our children's attitudes toward life and instilled honesty, kindness, responsibility, and love as the basic requirements of life. As of now, our children have never given us any worries and we are so proud of them. Moreover, to Alex's friends and colleagues, Alex is an extremely positive subordinate, supervisor, and friend who is always ready to help everyone. When this incident happened, a lot of people showed concern and offered help. Everyone hopes that he can get past this incident as early as possible.

In the past few years, we have discussed the plea bargain issue numerous times, but I have always opposed it. Apart from reluctance, I always thought that he should be treated more fairly. Please humor me and allow me to speak my heart:

Alex is a very traditional person. He is loyal to his company and boss, and has always done his best for the tasks assigned to him by his company or boss. This is the culture and work ethic of the Taiwanese society. When he got involved in this illegal incident, he had no legal knowledge in this regard. All he did was doing his best to complete the task assigned to him by his company and boss.  But to my knowledge, the company that deployed him to participate in this incident, Chunghwa, and the deputy general manager who led Alex to attend the CDT conference, CC Liu, have all received amnesty from the United States government. Even the executive officers of the well-known international company Samsung who participated in this incident have received immunities. Please forgive me for saying so, but this is just too unfair to

Alex.

Last year, he decided to enter a plea bargain. He said that regardless whether it's fair or not, he did do something illegal. He should face the consequences in order to take responsibility for himself and set an example for our children. Although I still feel that this is unfair and I am still reluctant, I can only support his final decision. This incident is the biggest challenge throughout our 24 years of marriage. We have discussed with Alex's younger brothers sisters to explain the situation and seek their help. The most important thing is to help taking care of their parents and do not let them know that Alex is going to jail in the United States. His parents' health conditions are not good and they cannot bear the truth. My kids and myself will still dine and chat with them during the weekends, but I just cannot imagine having to act happy in front of Alex's parents while having to worry about Alex. That would be so difficult for my children!   Dear Honorable judge, can you empathize what we are going through?

My eldest daughter graduated last year and she is working hard to find a job while continuing to learn. Alex often gives her advice and counseling. My younger daughter is a Junior in college, and she will begin to face employment issues soon. My youngest son is in the 9th grade and will enter high school this summer. This is my son's first challenge that he will face in life. My son interacts very well with Alex, and they often talk about basketball, cars, and school. My children are going through the most important moments of their lives, and they are eager to have their father's company and guidance.

In my heart, the United States is the leading nation worldwide and the model nation for the world. The Taiwanese society idolizes America's democracy and freedom. The United States is the strongest advocator for human rights, and our kids believe that the American justice system will always be objective and fair.

I love my husband deeply. On behalf of my children and Alex's elderly parents, I implore the judge to reference the government's special pardon to Chunghwa and deputy general manager CC Liu as well as the immunity given to the executive supervisors of Samsung. Most importantly, please consider Alex's sincere repentance and willingness to face the consequences. I implore that you issue the lightest sentence to my husband Alex so that he would not be absent during the most important times of his children and parents.


With most sincere gratitude,




Sincerely: [*signature*]

Chu-Ling Chang
Chu Ling, Chang

Daughter

February 04, 2016

The Honorable William Alsup
United States District Court Judge
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102
U.S.A.

Re:   United States v. Alex Yeh
      Case No. CR-10-0231 (WHA)

Dear Judge Alsup:

我是 Kuan Yi Yeh，是 Alex 的女兒，去年底曾經跟 Probation Officer Ms. Jill P. Spitalieri 有過聯繫，談了一些關於我爸爸的事情，我的英文不是很好，透過 Google 翻譯也不是很恰當，所以，請容許我用中文，再表達一些我的請求

我去年剛從大學會計系畢業，延續先前我在婚紗攝影店的工讀，畢業後，我選擇繼續在這婚紗攝影店正式工作，這跟我在學校所學完全不同，當我做這要求時，爸爸告訴我，雖然他不太認同，但是，如果我想要，就去試試看；果然，過了幾個月我自己覺得這個工作不好，我就離職了；之後，爸爸讓我去學開車以及加強我的英文，同時也思考未來的方向，在跟爸爸討論之後，我有了較清楚的方向，目前也正進行一些工作面談，我已經有明確的目標，我會努力爭取；同時我已經考上駕照了。我很感謝爸爸，一直給我空間去嘗試我喜歡的事，讓我去體驗不同的領域，也很感謝他適當的引導，讓我正確的思考。

在我小時候的記憶，爸爸總是忙著工作，早出晚歸，雖然沒有太多的說話機會，但是我知道他很愛我們，很疼我們，他努力工作就是希望給我們好的生活；從我小時候，爸爸在學校成績上不會給我們太大壓力，但是要盡力而為，但是他嚴格要求我們一定要誠實，正直。

我爸爸是個很正直，誠實以及守法的人，他在不知情的狀況下，違反了美國 antitrust 的法律，他可以繼續以現況留在台灣，但是他卻選擇勇敢面對，我不知道該說甚麼，但是我實在不願意他去坐牢，我很擔心，爸爸若去坐牢，會讓家裡幸福消失了。所以，我誠懇的乞求法官考量我爸爸的負責及勇於面對，請您務必給他最輕的判決，讓我們的家繼續維持幸福與快樂。

Sincerely,

Kuan Yi Yeh      葉冠乙

Kuan Yi Yeh

Daughter

February 4, 2016

The Honorable William Alsup
United States District Court Judge
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102
U.S.A.

RE:  United States v. Alex Yeh
Case No. CR-10-0231 (WHA)

Dear Judge Alsup:

My name is Kuan Yi Yeh and I am Alex's daughter. I have contacted Probation Officer Ms. Jill P. Spitalieri during the end of last year to discuss about my father. My English is not very good and Google Translate is not appropriate, so please allow me to use Chinese to express my pleas.

I had worked in a wedding photography shop while I studied and majored in Accounting, and I have just graduated from a university last year. After graduation, I chose to continue to work in the wedding photography shop full time, which is very different than what I have learned in school. When I made this request, my father told me that although he did not totally agree with my decision, I should try it if that is what I want. Of course, I felt the job was not right for me a few months later, so I resigned. Subsequently, my father allowed me to take driving lessons and strengthen my English while thinking about the direction of my future. After discussions with my father, I found a clearer direction for my life. I am presently going to job interviews and I have set a clear target for myself. I will work hard to achieve my target and I have already gotten my driver's license. I am very thankful to my dad for giving me space to try the things that I like and allowing me to experience different fields. I am also thankful for his proper guidance to help me think correctly.

My memories from youth are that dad was always working. He would leave early and come home late. Although we didn't have too much opportunities to talk, I always knew that he loves us, cherishes us, and always works hard in hopes to give us a better life. When I was younger, dad never gave us too much pressure in terms of school grades. He just told us to do our best, but he strictly required us to be honest and upright.   My father is a very honest, straight forward, and law abiding person. He violated the American antitrust law without knowing he was doing so. He can remain in Taiwan and enjoy the status quo, but he chooses to bravely face the consequences. I don't know what else to say except that I really don't want him to go to jail. I am worried that if my father goes to jail, my family's happiness would evaporate as well.

Therefore, I sincerely implore the judge to consider my father's responsibility and willingness to face the consequences, and give him the lightest sentence so that our family can continue to remain joyous and happy.

Sincerely,
Kuan Yi Yeh [signature]

son

February 04, 2016

The Honorable William Alsup
United States District Court Judge
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102
U.S.A.

Re:   United States v. Alex Yeh
      Case No. CR-10-0231 (WHA)

Dear Judge Alsup:

　　我是 Chung Che Yeh, 是 Alex 的兒子, 我大概知道我爸爸的事, 我想要幫我爸爸說一些話。
我是 9 年級的學生, 今年要上高中, 現在正準備高中升學考試, 他沒有給我很大壓力, 只是要求我盡力而為; 下課的時候, 我喜歡打籃球, 也喜歡看 NBA 球賽, 我經常跟爸爸討論 NBA 球賽, 也經常告訴他, 我打籃球的精采故事; 打籃球是我目前感到最快樂的事情, 這要感謝爸爸, 他從我 10 歲的時候, 就經常帶我去籃球場, 教我打籃球, 到現在, 他偶爾也會跟我去打籃球。

爸爸告訴我, 他要去美國面對一些法律的問題, 可能會去坐牢, 但要我相信他, 他不是壞人, 而是在工作上因為不了解美國法律, 所以犯了一些錯誤, 他可以選擇繼續留在台灣, 但是去美國面對這件事, 才是負責且勇敢的表現, 他要我記住, 以後要注意法律的相關常識。

我相信我爸爸絕對是個好人, 他是個好爸爸, 我愛他, 我們全家都愛他, 支持他; 我要懇求法官, 請求您給予我爸爸最公正, 最輕的判決, 讓他陪著我參加高中升學考試, 並且送我進入高中生活。


Sincerely,

Chung Che Yeh

葉仲哲
Chung Che Yeh

B-3
[Translation follows

Son

February 4, 2016

The Honorable William Alsup
United States District Court Judge
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102
U.S.A.

RE:   <u>United States v. Alex Yeh</u>
       Case No. CR-10-0231 (WHA)

Dear Judge Alsup:

I am Chung Che Yeh, Alex's son. I roughly know about my father's incident, and I like to say something for my father.

I am a 9th grade student and I will go to high school this year. I am currently getting ready to take the high school entrance exams. My dad never gave me any pressure and just asked me to do my best. I like to play basketball and watch NBA games after school. I often discussed NBA games with my father and told him about the awesome basketball moves. At present, playing basketball is the happiest thing for me in life. I want to thank my dad for taking me to the basketball fields since I was 10 years old and teaching me to play basketball. Even now, he still plays basketball with me occasionally.

My father told me that he has to go to the United States to face some legal issues, and that he may go to jail. But I believe in him and I know that he is not a bad person. He made some mistakes at work because he did not know the American law. He can choose to just stay in Taiwan, but he elected to go to the United States to face the consequences. This is the responsible and brave thing to do. He wanted me to remember to always pay attention to legal knowledge in the future.

I believe that my father is truly a good person. He is a good father and I love him. Our entire family loves him and supports him. I want to sincerely implore the judge to give my father justice and the lightest sentence, and allow my father to be here with me for my high school entrance exam and usher me into my high school life.

Sincerely,

Chung Che Yeh
[*signature*]

02 Feb, 2016

The Honorable William Alsup
United States District Court Judge
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102
U.S.A.

Re:   United States v. Alex Yeh
      Case No. CR-10-0231 (WHA)

Dear Judge Alsup:

   Hello, I am Angela Yeh (Mei Chuan Yeh), Alex Yeh is my oldest brother, and I'm 4th child, which is youngest. My family is not wealthy, my parents is a street vendor, gained a bare livelihood by this small vendor. Everyday get up at 3 in early morning for preparing goods, to earn money by their sweat working. Also, in the afternoon, my father had to drive the taxi until night, and my mother used this free time to sewing some clothes and doing some handmade to support our living expenses.

   Remember that every time when the school started had to pay the tuition, my parents had to borrow money from the neighbors, and spend half year to return the money. We grow up in this situation which in circulation of borrowing-returning, one day, when I was 14 years old my father fell ill, which means my family's breadwinner collapsed, we went bankrupt, the house was sequestered by government, the whole family got a bad mess, the relatives asked us (me and my brothers) drop out of school. In that time, I wasn't graduated from middle school yet, and my oldest brother, Alex, still in college. My father stayed in hospital for a while, after leaving hospital, my father can't hear anymore, and need someone to help him up just for walking, difficult to move, and inability to care for himself. Every time when I remember of this, can't help but crying. My mother didn't want us being inferior to others in the future, so didn't accept relative's advices that let us drop out of school, so she pulled through every day to let us (four children) to accept higher education, working day and night, and Alex didn't idle, because he study during the day, before school, he had to deliver the newspaper in the early morning, after school, he had another part-time job in KFC, and it's my first time to eat the Biscuit, I still remember the sweet smell from the flour. When my family mired in difficulties, Alex can't enjoy the college life like others, he used the

**B-4**

free time of school to earned the barely money to subsidize our income, asked the situation of my parents every day, and had to carry a burden of educate little brothers and sisters.

When we started our work career in succession, everyone hope that can be success in our own career, my parents's heavy burden getting blunt, when I look a view of their's back, found that their shoulder is not strong anymore, because the long period of economic pressure made their body became slouch, hair getting white, with painful all around the body, the only pride is that children are all successful, living healthy and safe, Every weekend's reunion is their happiest time.

Alex is a filial piety, diligent, responsible, loving-home, hard-working, honest person, love he gives to me is no trace of politeness. For his plea guilty, except I have some unwilling, angry and helpless still in my mind, angry that we don't know anything about laws, helpless that the real policy decision-maker don't have any troubles, but the small employee have to be imprisoned, but, I still respect his decision, after all, everyone have their own dream, my brother has too, only that he don't want to let my parents know the truth, my parents have poor health and poor education, cant totally understand this laws things, they don't believe that Alex committed a crime, even that can't accept he have to go to USA to serve sentence , if they know it, they must be sad extremely, worry about it all day, affects their health, so, Alex plans to not tell them this truth, and ask us to take care of them.

In this moment, hope the judges give serious consideration of it, Alex is a good man, I love him so much, can't bear that he go to USA to serve sentence , it's an important space in my parent's mind being a oldest child, hope the judge can think of his filial piety for my parents give him an appropriate and slight punishment, it's my deepest deepest plea.

Sincerely,

Angela Yeh (Mei Chuan Yeh)

February 03, 2016

The Honorable William Alsup
United States District Court Judge
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102
U.S.A.

    Re: <u>United States v. Alex Yeh</u>
       Case No. CR-10-0231 (WHA)

Dear Judge Alsup:

  My name is Bryan Yeh (Hung Cheng, Yeh), the brother of Alex Yeh who is scheduled to be sentenced in your court in early March 2016.  First, Thanks you for your kindness and spending 2 minutes on reading this mail

  To me, he is always the pride s well as role model of our family. During the time we got some financial problems, he always picked up the responsibility of taking care of us. In addition, he also asked us to show the sense of responsibility, which did help me become a greater person and influence me a lot.

  I still remember in a summer vacation, we four kids had decided to wash cars in order to reduce the economic burden of family, Alex was responsible for developing clients to neighbors, who appreciated our effort and finally agreed. because all the venue & appliance of car washing was borrow from the house owner, my brother would never left the place without finishing cleaning and saying thank you to the owner. He always said that it is only because of the neighbors trust and the help that we had opportunity to make money. So we shall cherish them and try our best to do the job.

Time flies. Now we grow up and build our own family, Alex now is a father of three kids, as well as an important manager in the company. Speaking of work, he works as hard as possible to earn the position now; as for family, he tries hard to stay with kids as long as he is free. Once we encounter some problems or difficulties in life, Alex will give us a hand without any hesitation. I have never expected that one day, such a good employee, father, and big brother like Alex, had no choice but to leave us and go to another country as a criminal. Taiwanese people are not so familiar with the Antitrust law, so it is hard for us to accept the fact. But we could do nothing but show our support to Alex, for making the decision. In order not to break our parents' heart, also worrying about their health condition, Alex decided to keep it as a secret that only we four kids and his family know, and asked us to take to responsibility of taking care of our parents while he is not in Taiwan.

I have always been proud of my brother Alex, and love him very, very much. We have never been separated for such long time. All the details I wrote in the letter is not only a proof of how kind and caring Alex is, but also represents the  deepest hope from my heart, hoping you can taking into consideration when you sentence Alex, giving him an opportunity to come back to us as early as possible.

Thank you for your time and patience.

Sincerely,

Hung - Cheng Yeh

February 03, 2016

The Honorable William Alsup
United States District Court Judge
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102
U.S.A.

        Re:    United States v. Alex Yeh
                  Case No. CR-10-0231 (WHA)

Dear Judge Alsup:

My name is Amy Lin(Chin Hsiu, Lin), was Vice President of Purchasing Dept. at Proview in 1996 – 2010 which was a leading Monitor maker from early 1990s to 2012 in worldwide.

I have known Alex around 20 years since he was sales manager at Chunghwa Picture Tubes. We had CDT business relationship for many years and keep good friend relationship till now.

As I know he worked very hard and very loyal to his bosses and company, because of excellent execution he was recognized by his bosses and got promotion in short time after he joined Chunghwa in 1990s. Alex is a very decent person, honest and unquestionable in his integrity, not only myself most of my friends in monitor industry all recognize his good personality.

Regarding CDT antitrust case, I am sorry and please let me express my personal opinion that I still wonder why he was indicted that his employer Chunghwa and his boss C C Liu who was Vice President were amnesty in this case. I really think that is not fair to him. When he told me that he would like to pled guilty because he think anyway he did illegal thing no matter it is fair or not and he have to pay for what he did. I have say nothing but just support and respect his decision.

As a friend, I sincerely please your kind consideration and have a most lenient sentence to Alex who is really a nice person, he is worthy to have your righteous judge.


        Sincerely,


        Amy Lin (Chin Hsiu, Lin)

林靜伈

B-6

February 1st, 2016

The Honorable William Alsup
United States District Court Judge
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102
U.S.A.

        Re:    <u>United States v. Alex Yeh</u>
                Case No. CR-10-0231 (WHA)

Dear Judge Alsup:

My name is Gordon Nieh, a friend of Alex Yeh whom I've known him for more than 20 years.

I joined IBM in 1989 as the Procurement Specialist and was responsible for CRT monitor purchasing in Asia. I met Alex in early 2000 and he worked for CPT as sales personnel who is also my primary contact in CPT.   We have kept in close contact throughout the years despite that both of us changing jobs and having no business relationship.

Alex Yeh is a very decent person, to my knowledge, judging from the experiences I have had with him both in business and personal relationships. To me he is a trustworthy and reliable sales person who I feel comfortable to deal with for business and, indeed, together we've developed a successful business relationship with CPT and IBM at that time.

Personally, Alex is also a good friend to me. He is very knowledgeable, with great enthusiasm and is willing to help others. He is one of my friends I usually consult with. Whenever I have questions and need advice Alex is the one I can rely on to get the support I need. It is not just myself but also the same comment coming from our mutual friends. Alex is a decent friend who cares about others and gains great recognition.

Regarding this case, I have had some discussion with Alex and I fully understand that I am not in any position to judge or comment but I do feel Alex is remorseful for what has happened. As a more than 20 years old friend of Alex, I would humbly ask for your kind consideration and give Alex a lenient sentence. Thank you for your time and consideration.

                Sincerely,

B-7

February 1st ,2016

The Honorable William Alsup
United States District Court Judge
450 Golden Gate Avenue. 19th Floor
San Francisco. CA 94102
U.S.A.

Re: <u>United States v. Alex Yeh</u>
Case No. CR-10-0231 (WHA)

Dear Judge Alsup:

My name is CHIH HENG CHAO.  I am now working in Qisda Corporation.  I have known Mr. Alex Yeh since 1996 when my job was the purchasing manager and he was the sales director of Chunghwa Picture Tubes Company.

Mr. Yeh is a thoroughly decent man.  It was very good experience to do business with Alex as well as being a friend.  I have never and will not doubt his honesty and integrity no matter in his professional or regarding to our friendship.  He always works very hard to support his lovely family with happiness and quality life.

According to the conversation I had with Mr. Yeh recently, I believe he has fully understood what he did in the CDT case was illegal and it has hurt benefit of the companies and consumers under the protection of the honorable Laws of the United States.  Now, Mr. Yeh decides to face it with sincere repentance.  I sincerely please honorable Judge Alsup to give him a lenient sentence and I believe it may encourage him to have more contribution to society.


Sincerely,

*Chih Heng Chao*

CHIH HENG CHAO

**B-8**

January 31st ,2016

The Honorable William Alsup
United States District Court Judge
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102
U.S.A.

    Re: <u>United States v. Alex Yeh</u>
       Case No. CR-10-0231 (WHA)

Dear Judge Alsup:

  My name is C H Lin, had ever worked for TPV which is worldwide biggest monitor maker as purchase director in 2001 to 2005. And I knew Alex in that period that he was a sales director in Chunghwa Picture Tubes. Actually I knew Alex from early of 1990s that he was a young sales worked for another small company.

Here I would like to let you know that Alex work very hard and responsible to his job and loyal to his boss and company(employer) and his friends, and he is honest and his integrity is unquestioned.

Regarding this case, I admire Alex's courage to face the problem for his mistake that he did before. According to our talk I believe he is fully understand what he did in CDT case is illegal and I also learn from his case that it may make big trouble to individuals not only to company.

Finally, please consider that Alex's employer(Chunghwa Picture Tubes)  and his big boss(CC Liu) were amnesty from CDT case and Alex is really a good man, I sincerely please honorable judge Alsup to give him a lenient sentence and I believe that may encourage him to have more contribution to society.

      Sincerely,

      C H Lin     CH Lin Lin, Chen-Hui

            林振輝

            2016.1.31

                      B-9

Feb 01 2016

The Honorable William Alsup
United States District Court Judge
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102
U.S.A.

Re:   United States v. Alex Yeh
      Case No. CR-10-0231 (WHA)

Dear Judge Alsup:
I am Kay Chiu, worked for Chunghwa Picture Tubes (CPT) from July, 1986 to
Dec 2009, and was CPT president from March 2007 to Dec 2009.

Alex Yeh was my colleague since 1992 when we worked together at CPT, and
became good friend since then. He is intelligent and integrity and always finished
the mission which CPT wanted him to preformed. He had excellent achievement
while he worked for CPT.

Several CRT companies held the meeting when CRT over supply period , Alex
involved the meeting, because company and top management instruction not his
personal intention nor for his personal benefit. That's our traditional working spirit.

CPT was first company pleaded guilty and got amnesty, but Alex did not included,
because he left CPT. It's not fair for him. I hope his sentence will be lenient so that
he will spend as little time as possible away from his family and country.

Sincerely,

kay chiu

B-10

Feb 03, 2016

The Honorable William Alsup
United States District Court Judge
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102
U.S.A.

Re:    United States v. Alex Yeh
        Case No. CR-10-0231 (WHA)

Dear Judge Alsup:

My name is Lingyuan Yun, and I have known Alex Yeh for approximately 15 years. Alex has always been an important role, and I regard him a tutor of career and elder brother of my life since I graduated and entered Chunghwa Picture Tubes, Ltd. (CPT) in 2001.

Alex is always passionate about work, and a person to be reckoned with what tasks assigned. As a freshman entering in the occupation of Marketing and Sales Dept., I am deeply influenced by his attitude, being committed, loyal and dedicative. I learned to take ownership and responsible in any assignments, even 15 years later by now.

During my job in CPT from 2001 to 2005, I was designated to accompany management and superior, including CC Liu, Tony Cheng, Jason Lu and Alex Yeh, to participate in CDT (CRT for monitor display application) market information exchange meeting. I worked as a conference recorder, summarizing the contents and data from the meeting discussed with SDI and LGP, and presented to management team. In fact, before the formal meeting, Alex and I had always held a pre-meeting and had tactical evaluations with management team. Afterward, we obey the management team's instruction and company's principle to deliver what had been agreed internally.

At that time, we were unconscious of Antitrust Law, and we were so ignorant to comply with what tasks company instructed. After all those years, Taiwan Government and the industry and companies are devoted to the preach of Antitrust Compliance and Competition Law. We realized how stupid yet wrong we were, to contact any competitor and to communicate business and market trend, even that demanded by the company we worked for, and how harmful to the development of free market.

I highly respect Alex and admire all the more for his frankness. Not only mental introspecting to irrational behavior in the past, Alex is willing to confront the trail of antitrust and confess his conviction forthrightly. This is typical Alex attitude without exception: honest, dutiful, and responsible.

Regarding CDT case, Chunghwa we worked at and our big boss CC Liu who was Vice President were amnesty in this case. And as a position of attendee in CDT meeting, I observe

some other important participants of management level, such as Mr. J K Kim and Mr. S K Park both were Vice President at Samsung SDI were free from CDT case. SDI was biggest CDT maker worldwide, both gentlemen were very important guy in CDT meeting, the time they involved CDT conspiracy was much longer than Alex and their level and position were much higher than Alex, but all of them were free from this case.

I am aware of his remorse of the crime he committed and he decided to plead guilty and schedule to sentence in March 2016. Here I would like to please you take consideration that Chunghwa and CC Liu were amnesty and both Samsung SDI Vice Presidents were free from this case, and Alex is really a good person and he definitely regrets for what he did in this case. Please have a lenient sentence to Alex so that he will not be away from his family.

Sincerely,

Lingyuan Yun

Feb.04, 2016

The Honorable William Alsup
United States District Court Judge
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102
U.S.A.

Re:    United States v. Alex Yeh
Case No. CR-10-0231 (WHA)

Dear Judge Alsup:

My name is Wang Mei-Chueh. I am a colleague of Alex Yeh since 1992 starting our career in CPT. I have known him as an intelligent friend with a kind heart almost 24 years. I have always found him to be trustworthy and sedulous and going beyond to help out the colleagues when they were in need all the time. Being an excellent coordinator between our company and clients, Alex has been doing a wonderful job helping them solving problems from time to time. He built up a tight relationship with his clients and even became best friends with each other afterwards. To my knowledge, he always gives his sincere advice to colleagues especially those young fellowships. I remember when in the farewell dinner after he decided to leave the company, everyone was unwilling to see him leaving. With the tears with blessing, we had a hard time seeing him leave.

I have spoken with him about his case and I have given him my blessing and positive support for his decision taking this action. I can say that in all the time I have know him, Alex Yeh was been a dependable person. I know that I speak for all his friends in saying that I hope his sentence would be companionate so that he will spend as little time as possible away from his home, coworkers and community where he can be most effective in his contribution to the society.

Thank you for your time and consideration.

Sincerely,

Wang, Mei-Chueh

**B-12**

January 3, 2016


The Honorable William Alsup
United States District Court Judge
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102
U.S.A.

           Re:     <u>United States v. Alex Yeh</u>
                    Case No. CR-10-0231 (WHA)

Dear Judge Alsup:

      My name is Daniel Sun. I am living in Taiwan. Alex Yeh was my college classmates began in 1984. Until now, he has always been my best friend.

      This is known him 32 years, he has been a dutiful, homely, optimism and sense of justice. When I'm in trouble and confusion, he was always willing to accompany me and give me good advice and guidance.

      I am a Christian. I understand that each of us with sin came into the world. I did understand that he also can not avoid the temptation of immediate benefits and violated the law of your country. I agree that he should be responsible for his wrongdoing and accept the punishment. But I deeply believe his nature is good. And I do not believe such a man is a filial piety, care for his family, will make the most heinous acts.

      As the Bible says, Luke 15:7 "I say unto you, that likewise joy shall be in heaven over one sinner that repenteth, more than over ninety and nine just persons, which need no repentance. " How can we give up him who is willing to repent? Venerable Your Honor, I hope you consider he must take care of his parents, his wife and three children needs, and can be given a lighter sentence for him.

      Please forgive my poor English skills, so if you feel offended, I absolutely did not mean it. Thank you for your time and consideration.


Sincerely,

Daniel Sun


B-13

February 03, 2016

The Honorable William Alsup
United States District Court Judge
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102
U.S.A.

          Re:   <u>United States v. Alex Ych</u>
                Case No. CR-10-0231 (WHA)

Dear Judge Alsup:

My name is Ed, a classmate of Alex at NTUT. It is my honor to take a moment to describe a Public – Spirited , Brave and Honest person to you.

We studied at NTUT for 3 years and within these 3 years Alex always be a very important person at our class. He played basketball team for class very well and always help our class to do event planning and process. We had almost 2 years to help a primary school in the weekend to do our best to bring happiness to the primary students who are the original people of Taiwan. We are happy to helping them and we also enjoy to get a very special experience.
It is sad to know Alex involved into something which he needs to face alone now. It is always my honor to tell everyone that he is very brave and honest to face the Systems of American Justice. I guess most of people rather to choose not to face it. May I hope that we can have the same concern to promote a person like Alex with great moral sentiment, not to treat him as a  person who choose not to face. I sincerely please your kind consideration to have a lenient sentence to him.

                     Sincerely,

                     Ed Liao

B-14

2 Feb 2016

The Honorable William Alsup
United States District Court Judge
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102
U.S.A.

      Re:    <u>United States v. Alex Yeh</u>
               Case No. CR-10-0231 (WHA)

Dear Judge Alsup:

      My name is Shanice Huang and I worked under Alex's team from 2006 to 2008, who is scheduled to sentenced in your court in Mar 2016. As Alex took a brave movement of pled guilty to the charge, I would like to express my sincere feeling and observation to the caring, honor, and enthusiastic man. It's highly appreciated that you would spend a moment to read through it.

      In 2004, I joint AUO on the position of customer service engineer for 2 year just after graduate. In 2006, the significant decision was make to change my career profile to Sales department. Actually it was big challenge for me to take this assignment because I only had 2 years working experience and was unskilled to business development. I wouldn't be successful to adapt myself into the new role without Alex's support.

      It remains fresh memory about my first business trip with Alex, I was so anxious about my presentation although I already practiced it for couples of times. Alex observed my tension and he just reminded me all the key notes of every slides. In the end, he said "Be relaxed! If you get sudden tongue-tied, I will be your backup anytime." As Alex was Sales director, he can just easily leave those training and education to his manager. But, he still offered full support to me. Furthermore, Alex was the mentor of my family because "love me, love my dog". When my husband transferred to new company, he was suffering from throes of new jobs. Alex was so considerate of ego of my husband. He made an excuse of visiting my house by referring to my renovation, and then we could have private time to chat together. My husband feels an immense gratitude to Alex because he is such a caring and loving man.

      In Sales department, one of sales' roles was to get internal resources for own accounts, which mean we have to promote our accounts internally. Alex always asked us to stick at facts even we faced severe internal competition. There is an example. When market was shortage in 2007, our average fulfill rate was around 85~90%%, which mean only 85-90K can be produced according to 100K forecast. If you put more in forecast, you will get some extra in term of total quantity. But, it was strictly forbidden by Alex because it might mislead our overlook to market situation. He also told us that you may benefit for short term by blow but your reputation lasts forever. Until now, I still take his sayings in my mind to stick at facts and value my reputation.

      Alex is definitely one of the most enthusiastic men and easy going guys I ever met, just like" you jump, I jump" in Titanic. His spirit was not only applied to work but also in our team building actives. In our year end D&D party, he was keen to participate in different kinds of activities. I was assigned to hold a performance on behalf of sales team. Alex was in without

second though when I approached him, even he had to dance and cosplay a high school girl student. He also allocated his availability to practice with us during his busy schedules and he never complained at all. As a leader, his enthusiasm always inspired his team to move further even in difficulty.

Maybe, referred stories are just a small favor from Alex and maybe he can't recall his memory at all. How I shape the personality of man is the combination of every small matter. I have to say it again that Alex is caring, honor, and enthusiastic man.

As I know, Alex absolutely regrets about what has happened in this case. A fault confessed is half redressed. It is great virtue and brave movement to face it and solve it as Alex decided pled guilty to the charge. When you sentence this case, please do take into consideration of caring, honor, and enthusiastic man.

Sincerely,

2016/2/1

The Honorable William Alsup
United States District Court Judge
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102
U.S.A.

Re:   United States v. Alex Yeh
       Case No. CR-10-0231 (WHA)

Dear Judge Alsup:

My name is Marc SU. I have been working for AUO as a TV panel sales for almost ten years. Alex was my supervisor when I first got into this company. Knowing that he has pled guilty to the charges, I feel it is necessary for me to write this letter to you to describe Alex who is a trustworthy, caring and honorable man.

During my first year in AUO, Alex had been sales division head. He was a very tough boss but yet truly cared for his employees very much. Everyday, he would hold a morning meeting to review each sales about the business progress of their own customers. He asked about every detail from business strategy and daily operation to important projects design-in status. Being a responsible supervisor, he made sure we had good control of our jobs. Whenever we had difficulty in communicating with customers or cross-function team members or finding support from our colleagues, he always stepped up and fought for us. He was also a righteous boss when it comes to evaluation. He did not judge us solely on the sales revenues but much more on the hard-work we put in. Under Alex's great leadership, we truly learned how to be an outstanding sales and co-work as an united team.

As Alex's subordinate, I really consider him as a responsible man to take the charge. He is willing to serve his sentence even though he still has three young kids to take care of. As a father myself, I have learned very much from Alex about how he cherishes his family and cares for his three kids.

Please kindly take this letter into consideration before making final judgment. Alex is a sterling man who I extremely look up to. Thank you very much for your time and consideration.

Sincerely,

Marc SU

2016.01.31

B-16

3RD, February, 2016

The Honorable William Alsup
United States District Court Judge
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102
U.S.A.

Re:   United States v. Alex Yeh
      Case No. CR-10-0231 (WHA)

Dear Judge Alsup:


First, thank you for your attention and time for reading this mail.

It was very sorry to hear that Alex had violated Anti-trust law by not knowing the rules and nice to hear that he made a right decision to plead guilty.


By this opportunity, I would like to share the impression he made on me. I met Alex in 2008. For me, Alex is not only my director but also my teacher and friend. His integrity, diligence, determination and knowledge have very deep impact on my life.


Regarding to his integrity, he is one of my teachers who taught me should beware of the commercial or business laws which I might violate by not knowing the rules. When we were in charge of China business in AUO, Haier (Chinese manufacturer of house appliance) invited its suppliers to join Haier's annual party, AUO was also invited. During the party, Alex asked me to keep in mind that do not have any contact or talk with our competitors. Even nowadays, the saying from him on that day is still in my deep mind," Do not get in touch with the competitors, otherwise you will have the same problem as me".


I have a very impressive experience of his diligence and determination. In the middle of 2010, I followed his step to join the new subsidiary of AUO, Briview, and to be honest, it is a very hard to be a pioneer in new field. He worked day and night, almost 18 hours every day! He always encourages the team to have determination to achieve tough target and

B-17

makes himself as a sample. The team was inspired by him and the team established very substantial foundations for the new company at the end.

Alex always shares his knowledge and experience to his team and shows his patience of teaching juniors. In 2008, I joined AUO while AUO was planning to expand the business in China, I was one of the three in his team, so we had very intensive interaction during the period, and there are too many things to tell what I learnt from him. But clearly, He used his actions to give me deeper understanding of integrity, determination, creditability, diligence and trust. Even I am not under his management now, he is still willing to listen and give his advice to me. It is really nice to have a senior like him in my career.

When Alex decided to plead guilty, I think it is a decision with courage and virtues. Leaving the family, giving up the career and forsaking the position in the society to face the trial in the other country are not an easy decision to make. I wish the judge can consider his behavior and be lenient towards him.

Sincerely,

Edward Shu
Account Manager
AU Optronics Europe B.V.

The Honorable William Alsup
United States District Court Judge
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102
U.S.A.

Jan.31, 2016

Re:   <u>United States v. Alex Yeh</u>
      Case No. CR-10-0231 (WHA)

Dear Judge Alsup:

My name is Terry (Yu Ning Ning) and I used to work in AU Optonics (Suzhou) Cooperation after my graduation in 2005. From 2009, I worked in the marketing strategy and intelligence Dept. and Alex was my direct supervisor from 2011, until my left in 2012. Even though the shortly two years cooperation, it's my most pleasant time in AUO and very precious experience for my current industrial analyst career in IHS from 2012.

From my view, Alex is a caring, professional, trustworthy and responsible person, and an excellent supervisor. As the site marketing intelligence Dept., we had limited experience but just simple search the information through website. After Alex's appointment, he shared with us the valuable marketing research method and assigned us to attend the industrial conference to improve our market sense. Even though Alex would point out the mistakes directly, I still remember our team members, in fact most BU (Business Unit) members, raised capability fast during that time. Alex was really open mind that we shared our marketing view actively and I do believe that was helpful for the company's growth.

Most importantly, Alex was already aware of the mistake of the illegal information exchange back to the CRT age, and reminded our members not to attend the illegal meeting with other panel makers. This is very helpful for us to avoid getting on the wrong side of the law. To learn from Alex, nowadays, I also share with my marketing friends that they should pay attention for the communications and not to break the law.

Recently, I heard that Alex has tried to accept a plea agreement offer from the US Dept. of Justice. While sentence Alex, I sincerely wish you may understand that so far Asia's legal awareness is not mature as the developed counties that Alex might not aware of the illegality at that moment. Please also consider that Alex has the willing to admit his mistake back to the CRT age and has made his effort to educate the current LCD industry. I do wish this gentleman can come back soon to the LCD industry, realize his career dream and help more of the persons in the LCD industry to grow up fast.

Thanks a lot for your time.

Sincerely,

Terry 于宁宁

Jan. 31 '16.

B-18

[February 2, 2016]

The Honorable William Alsup
United States District Court Judge
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102
U.S.A.

Re:   United States v. Alex Yeh

Case No. CR-10-0231 (WHA)

Dear Judge Alsup:

My name is Feng GUO from China. This is my fifteenth year that I have been working in AUO since I graduated from Suzhou University. I am Customer Service Department manager. Alex was not only my ever boss from June 2011 to August 2012 while he worked in Suzhou AUO, but also forever respectable friend in all my life. I know he is scheduled to be sentenced in your court on Mar. 1st 2016. And yes he has pled guilty in antitrust case honestly and with courage. I would like to take you a little time to let you know the living and true man who is. He is the outstanding role model of our youth!

Just as he now is taking his personal responsibility for what he did while he worked in the company CPT, he is a man with courage and responsibility. He always encouraged us to do right thing bravely and with persistence. Sometime we made mistake, he was always standing with us as boss and friend. He taught us how to avoid mistake with sharing his full of experience. We grew up by him.

He also told us youth to work hard for the company, for self value, for families, and for the society. From him, we knew clear and positive aim in work and life.

He shared with us his antitrust case a lot, reminding us to learn more and more international laws and be strictly to follow.

He is also a kind heart man. I still remember he always the first among some of persons to donate for the staff fell in biggest trouble. I see loving and caring from him and learn to be the person like him.

B-19

To take good care of his old parents, he went back to Taiwan AUO 1 year later. In short 1 year, I and lots of young person, took him as role model, with courage and hope, responsibility, working hard, honestly and kind to help others. I remember before the day he left, around 100 persons gathered to say goodbye to him, wishing him good! And lots of us cried.

Alex, as well as his 3 children, his wife, his parents, is absolutely devastated about what has happened while he worked in Company CPT so many years. Now he pled guilty. As his friend, I implore to give a chance for new start of his life and his families. I implore his sentence will be lenient so that he will come back to his children, his parents, his wife and us soon. And he can do most contributions to the society and greatest example to us youth!

Dear honorable judge Alsup, thanks a lot for your time to read my words and thanks a lot for knowing how nice Alex is.

Sincerely,

[Feng GUO]

Feng GUO.

Feb.02 2016

The Honorable William Alsup
United States District Court Judge
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102
U.S.A.

Re:    United States v. Alex Yeh
          Case No. CR-10-0231 (WHA)

Dear Judge Alsup:

My name is Chung-Jen, Cheng Chiang and I work at AU Optronics (AUO) from 1999 until now. I was responsible for many departments including engineering, R&D, and strategic planning department during AUO period. I knew Alex before June 2014, which I transferred to Alex team, and I would like to talk about what I see in Alex. I think that would be helpful for Judge to understand what kinds of people Alex is.
我的名字叫鄭江崇仁，我在友達光電服務 從 1999～現今，期間做過工程 / 研發 / 策略規劃 等工作，我與 Alex 認識是在 2014/06 之前，當時我轉換到 Alex 部門，我想談一談我所認識的 Alex 讓法官對 Alex 有多一些的了解。

Before I transferred to Alex's team, I just had simple understanding about Alex. I just knew that Alex came from AUO china business unit, before that Alex worked at Chunghwa Picture Tubes Ltd (CPT). Alex and my office located in the same floor and we were under the same vice president, so we have the same meeting sometimes. Although Alex and I didn't have business directly, I feel that Alex is a man of integrity and he dare to speak the truth for the company. Until June 2014, there was a headcount in Alex's team and Alex invited me to joint his team. I accepted his invitation without any hesitated.
在轉換到 Alex 部門之前一年多，我對 Alex 只有簡單的了解，只知道他是從華映來的員工，從友達中國調回台灣的一位業務主管，因為辦公室在同一樓層且同屬一位副總，所以有時會與 Alex 一起會議，雖然當時沒有太多直接的業務往來，但我感覺 Alex 是個正直，敢講真話為公司的人。直到 2014/06 Alex 部門剛好有缺人，且希望我能過去，我當時沒有考慮就決定直接過去 Alex 部門。

After I transferred to Alex's team, there were more opportunities for direct contact with Alex. I would like to talk about two things to explain what I see in Alex. The first thing is about the development of small-sized Active Matrix Organic Light-Emitting Diode (AM-OLED). AUO is the first mass production of AM-OLED panel maker in the world. Because of the yield is too low and the cost is too high before 2006, AUO stopped the development at that time. in 2009, AUO restarted the AM-OLED development and stopped the project in 2014. Everyone thought that the AM-OLED could not be the mainstream technology, but Alex thought that the AM-OLED is very important technology for AUO in the future and he collected a lot of information to support his viewpoint. Finally AUO restart the AM-OLED

**B-20**

development in small-sized again. I think that Alex is the man with honest and always consider about his company. The second thing is I hosted a training course, when I heard Dr. SeHo speech, the management of innovation. I would like to introduce the course to AUO's colleagues. Alex discussed with me very detail and then he helped me to leverage the support of Human Resources (HR). Finally we hold the training course to coach top manager to manage the innovation. I think that Alex is the man with good faith during the process.

當我轉換到 Alex 部門後，有比較多機會直接接觸 Alex 這個人，我以兩件事來說明我所認識的 Alex。第一件事是關於小尺寸 OLED 的開發，友達光電是全世界第一個量產 AM-OLED 面板的廠商，之後因為良率太低，成本太高而暫停開發，之後又因為市場需求而又開始開發，但有因為許多原因又中斷開發，當時公司的氛圍是不要繼續開發，但 Alex 認為中斷 OLED 技術開發對公司而言是錯誤的，他經過評估後據理力爭幫公司繼續開發小尺寸 AM-OLED 的技術，從這件事可以看出 Alex 是一位正直且認真為公司的著想的人。第二件事是我承辦的訓練課程，當時我在外部聽到 Dr. SeHo 的演講，題目是研發創新管理，我覺得值得推薦給公司的同仁，Alex 跟我討論細節後，認為直接找講師來公司對高階主管上課更能影響公司，過程中 Alex 親自參與講課內容的安排與協調 HR 部門的幫忙，最終讓公司高階主管都能夠了解如何做創新管理，過程中讓我了解 Alex 如對的待人真誠。

Regarding of Alex decide to face the plea, I sincerely admire his courage and support his deciding. I beg the judge be given a lighter sentence, so Alex back to us as soon as possible.

對於 Alex 選擇面對認罪負責，我由衷敬佩他的勇氣且表示支持，也懇請法官能從輕量刑，好讓 Alex 早日回到我們身邊。

Sincerely,

Chung-Jen, Cheng Chiang

*Chung-Jen, Cheng Chiang.*

*2/3'16.*

2016/02/05

The Honorable William Alsup
United States District Court Judge
450 Golden Gate Avenue. 19th Floor
San Francisco, CA 94102
U.S.A.

Re:   <u>United States v. Alex Yeh</u><br>Case No. CR-10-0231 (WHA)

Dear Judge Alsup:

My name is Tung Hsiu Chi. I am colleague of Alex Yeh while working in AU Optronics from 2012 ~ 2015. It is my valuable experience to work with him. I would like to introduce the man whom I respect honorably and let you fully understand his personality.

Alex Yeh is always the pillar of our department not only because he is totally dedicated to his job but also that he is really decent, sincere guy. Earnest and responsible attitude for work and family is the first impression he left on me. His duties as a strategy planning manger and he needs to give suggestion to the top manger. No matter any tiny work he always takes it seriously to considers the benefit of the company and forgets personal business. Actually he has no aspiration for fame and gain and just displays a great desire to accomplish his duties. For example in our daily work, sometimes we have opportunity to contact the outside investor. He always refuses someone who tries to bribe him and asks us to follow the principles of the company. His upright performances teach us right direction and I think he is not only my colleague but also my teacher. Base on these characters he gets high credit in our company. People rely on his opinion and believe it is fair and truthful.

He also loves to make friend and help others who have difficulties. Having sense of humor and warmhearted manner let him attract friends' love and respect. Even when he can not work with us now, we still hope to get together with him to talk in coffer time.  The reason why we love him is that we think he really cares about our team members' lives. I am fortunate to be his colleague to learn the valuable working experience. I am also fortunate to be his friend to realize his noble personality which impacts me to judge good and evil.

B-21

I am writing the mail in support of Alex Yeh's working attitude and personal characteristic from a colleague and friend points of view. I believe he has regrets for his before guilt and never act in the same way again. Although I fully understand and support he plead guilty for his previous mistake.  I still feel sorry for his family will lose his emotional and financial support in the following year. I just wish he can take care of himself and then come back to his loving family as soon as possible. Please consider his remorse to have a lenient sentence to him.

Thanks for your time and consideration.

Sincerely,

Tung Hsiu Chi

*Tung Hsiu Chi*

2016/02/05

The Honorable William Alsup
United States District Court Judge
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102
U.S.A.

        Re:    <u>United States v. Alex Yeh</u>
                Case No. CR-10-0231 (WHA)

Dear Judge Alsup:

     My name is Fanglan Hsu. I have known Alex Yeh for almost 8 years since I joined AUO in 2008. As a new beginner with AUO, honestly I was not familiar to Alex while I just participated in this company. However, I heard a lot about him from my seniors and colleagues, which induced my curiosity to observe the very person. Integrity, dignity and moral were the minimal words that I would like put on him even when I barely knew him. From my observation, he never took customers' advantages just to achieve the business requirement assigned by his boss. He respected the voices and decisions of those who worked under him. He did not take the credits whenever a project successfully completed. "We are a team, the honor is shared by all of us" was the feeling that the persons who co-worked with him would get. I remembered in the 2009 year end party, Alex was going to relocate to AUO affiliates, his colleagues and the subordinates under him gave him super big hugs cause they were reluctant to let a good supervisor leave them.

     After transferring from business unit to Strategic Planning Office in 2012, I finally had chances to collaborate with Alex in person. The very first project we worked on together was dealing with company idle assets. One candidate tried to bribe him with a handsome number of money to get the bid, but he rejected it. This could be covered without anybodies' awareness. His un-corruption set up a model for me to follow. He told me, "if this candidate can provide me this money, then they should raise up their bid to get this deal, but not to bribe me. It's so not my way, and not good for our company either". After that, I had more opportunities to learn from him even though he was not in my report line. I found, what I could get from him not only in the field of works or his professions, but also in the field of my daily life. He actually changed my philosophy. I used to take my works as a money-making job. I just did what I can do. From him, I learn I should do my best and do more. I should never give up if it is a right thing to do. Despite more challenges than smoothness, insisting on the right thing would accomplish not just our company, but I myself as well. I should value and respect every project that I handle. I should upgrade myself from doing a work to doing a career. Every time while I saw him work so hard to fight against all the obstructions just to make things right, deeper and deeper, I respect him.

     Just days ago, I was in the confusion about the balance of my family and my career. As a tutor, Alex shared his experience and guided me out of the haze. To me, Alex is not just a supervisor, more than that, he is a good friend and a mentor to lead me toward a brighter direction. My appreciation to him is beyond description.

B-22

Most people prefer to stay in the comfort zone. He chooses the tough way. I admire his courage for the decision to plead guilty. Alex has old-aged parents, three children and his wife is a housekeeper. He is the only financial support of his family, and his two juvenile children are still in school. Alex's being away from his family would definitely put his family into an even more difficult situation. I could never forget the moment that Alex told us he decided to turn himself in for this issue, not only me, but his supervisors and the good friends of Alex's were so shocked. A guy strong in heart and mind even cried because he could not stand for the punishments on our best friend. Alex seldom criticizes his case and instead, he adopts his case as a lecture to educate the colleagues the importance to obey the law and respect the system. I, Fanglan Hsu, here am willing to take the full responsibility for every single word I has written down here. Considering Alex's current situation and his contributions to the people around him, a good person like Alex deserves better treatment. I also do believe an impartial judge like you would harbor your sympathy and mercy, and please kindly offer Alex a lenient sentence.

Sincerely,

Fanglan Hsu